Louise Campbell, Plaintiff-Appellant, *v.* The Village of Oquawka *et al.*, Defendants-Appellees.

(No. 73-36;

Third District—February 1, 1974.

Opinion by Mr. JUSTICE ALLOY.

Bufford W. Hottle, of Hottle and Spears, of Monmouth, for appellant.

Kritzer, Stansel and Critser, of Monmouth, and Winstein, Kavensky and Wallace, of Rock Island (Kenneth E. Critser and Franklin S. Wallace, of counsel), for appellees.